**Order entered January 22, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00004-CV

**INFORMATION SERVICES GROUP, INC., Appellant**

**V.**

**MARIO VOLLBRACHT, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-13872**

## ORDER

Before the Court is appellant's January 20, 2021 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **February 25, 2021**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/    CRAIG SMITH
JUSTICE